**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ALEX DURODE JOHNSON, III**                                                    **PLAINTIFF**

**v.**                                                                                            **No. 4:07CV210-P-A**

**ATTORNEY GEORGE T. KELLY, ET AL.**                                    **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g). This ruling does not prevent the plaintiff from pursuing these claims via a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254.

**SO ORDERED,** this the 9th day of January, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE